# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| SAGE MILL RESIDENTIAL, LTD., ) | Civil Action No.: 1:24-cv-02733-JDA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| AIKEN COUNTY, SOUTH CAROLINA, ) | **WITHOUT PREJUDICE** |
| and SOUTH CAROLINA DEPARTMENT ) | **AS TO DEFENDANT AIKEN COUNTY,** |
| OF TRANSPORTATION, ) | **SOUTH CAROLINA** |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Sage Mill Residential, Ltd., by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal *without Prejudice* of this action against Defendant Aiken County, South Carolina ("Aiken County").  As Aiken County has not filed an Answer, Responsive Pleading, or a Motion for Summary Judgment in this action, its consent or stipulation is not necessary.

                                                  Respectfully submitted,

                                  By:  <u>s/Benjamin H. Joyce</u>
                                        Ellis R. Lesemann (Fed. ID No. 7168)
                                        erl@lalawsc.com
                                        Benjamin H. Joyce (Fed. ID No. 11769)
                                        bhj@lalawsc.com
                                        LESEMANN & ASSOCIATES LLC
                                        418 King Street, Suite 301
                                        Charleston, SC 29403
                                        (843) 724-5155

                                        ***Attorneys for Plaintiff Sage Mill Residential, Ltd.***

June 13, 2024
Charleston, South Carolina