# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| SAGE MILL RESIDENTIAL, LTD., | Civil Action No.: 1:24-cv-02733-JDA |
| Plaintiff, | |
| vs. | |
| AIKEN COUNTY, SOUTH CAROLINA, and SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION, | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION** |
| Defendants. | |

Plaintiff Sage Mill Residential, Ltd. and Defendant South Carolina Department of Transportation hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action and the claims asserted therein between the parties are hereby dismissed *without prejudice*. Each party to this action shall bear its own costs, expenses, and attorney's fees.

Respectfully submitted,

By: *s/Benjamin H. Joyce*
Ellis R. Lesemann (Fed. ID No. 7168)
erl@lalawsc.com
Benjamin H. Joyce (Fed. ID No. 11769)
bhj@lalawsc.com
LESEMANN & ASSOCIATES LLC
418 King Street, Suite 301
Charleston, SC 29403
(843) 724-5155

***Attorneys for Plaintiff Sage Mill Residential, Ltd.***

June 13, 2024
Charleston, South Carolina

**STIPULATED AND AGREED:**
**FOR DEFENDANT SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION**


*s/Patrick J. Frawley*
Patrick J. Frawley (Fed. ID No. 890)
140 East Main Street (29072)
PO Box 489
Lexington, South Carolina 29071-0489
(803) 359-2512
pat@oldcourthouse.com